## 65020. BAKER et al v. HARDY CHEVROLET-PONTIAC-BUICK, INC.

BANKE, Judge.

Appellants Bonnie and Loren Baker sued Thomas Wayne Smith and the appellee, Hardy Chevrolet-Pontiac-Buick, Inc., to recover damages allegedly incurred as the result of a collision between their automobile and an automobile being driven by Smith. Smith had purchased his vehicle from the appellee, and the appellee had applied for and obtained a license tag on his behalf. The appellants contend that the appellee performed this task in a negligent manner in that it failed "to confirm and ascertain that said vehicle was properly insured in accordance with the laws of the State of Georgia. . ." This appeal is from the grant of the appellee's motion for summary judgment. *Held:*

The appellee's undertaking to assist Smith in obtaining a license tag for his automobile resulted in no duty to the appellants, nor is there any other basis for the imposition of liability upon the appellee. Accord *Shmunes v. Gen. Motors Corp.,* 146 Ga. App. 486 (2) (246 SE2d 486) (1978). Accordingly, the trial court did not err in granting the motion for summary judgment.

*Judgment affirmed. McMurray, P. J., and Birdsong, J., concur.*

DECIDED NOVEMBER 23, 1982.

*Robert A. Elsner,* for appellants.

*Jerry A. Lumley, Harold W. Whiteman, Jr., Michael J. Gorby,* for appellee.